FILED
 2015 Nov-17 PM 12:32
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC,** ) ) ) | |
| **Plaintiff,** ) ) | |
| vs. ) ) | Case No. 2:15-cv-02073-JEO |
| **SSAB ALABAMA INC.,** ) ) | |
| **Defendant.** ) | |

## LOCAL RULE 3.4 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Plaintiff Veolia Water North America Operating Services, LLC, ("Veolia"), by and through its undersigned counsel, hereby states as follows:

Veolia is a limited liability company formed under the laws of the State of Delaware. The primary focus of Veolia's business is providing industrial water technologies and services, including the operation of water treatment facilities. Veolia's ultimate parent company, Veolia Environment, S.A., is the only parent company, subsidiary and/or affiliate that has issued shares or debt securities to the public. Veolia's sole member has not issued shares or debt securities to the public.

Respectfully submitted this 17th day of November, 2015,

**s/ Joseph P. H. Babington**
JOSEPH P.H. BABINGTON (ASB-7938-N74J)
PATRICK C. FINNEGAN (ASB-3533-K72F)
SAMUEL C. ROSTEN (ASB-1639-X76L)
*Attorneys for Plaintiff, Veolia Water North America Operating Services, LLC*

OF COUNSEL:

HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL  36652
(251) 432-5521 Telephone
(251) 432-0633 Facsimile
Email: jpb@helmsinglaw.com
          pcf@helmsinglaw.com
          scr@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to those registered for this case on the CM/ECF system. I hereby certify that I have also mailed by United States Postal Service the foregoing document to the following:

SSAB Alabama Inc.
c/o C T Corporation System
2 N. Jackson St., Suite 605
Montgomery, AL 36104

Doc. No. 456030